David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
LEISA WHITTUM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LEISA WHITTUM, | Case No. 2:16-cv-02496-GMN-NJK- |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CASH 1, LLC** |
| CASH 1, LLC, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), **Defendant CASH 1, LLC**, not having filed or served an answer or a motion for summary judgment; the Plaintiff in the above-entitled action, as to Defendant CASH 1, LLC authorizes, and directs the Clerk of the Court to enter a judgment of dismissal with prejudice, against **Defendant CASH 1, LLC**.

Dated:     December 27, 2016

Respectfully submitted,

By:   /s/David H. Krieger, Esq.
        David H. Krieger, Esq. (Nevada Bar No. 9086)
        HAINES & KRIEGER, LLC
        8985 S. Eastern Avenue, Suite 350
        Henderson, Nevada 89123
        *Attorney for Plaintiff*